UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Friedrich Lu, Plaintiff     )     Civil Action No 19-11968-PBS
              v             )
Kevin Davis, et al, Defendants)

PLAINTIFF'S MOTION FOR DISTRICT JUDGE TO END REFERRAL

(1)     On Sept 18, 2020 plaintiff Friedrich Lu formally moved magistrate judge Bowler for recusal, for having committed misconduct by rewriting and stealthily replaced Report and Recommendation (in the same docket number and order) after Lu's critique of the same. The unprecedented misconduct is just the tip of an iceberg of judicial malfeasance.

(2)     Lu moves district judge Saris to terminate referral of the case to magistrate judge.

Plaintiff:      Friedrich Lu, pro se
Date:           October 6, 2020
Email address: chi2flu@gmail.com
Address:       % St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112

[Handwritten annotation in margin: 10/13/20 Denied. /s/ PBS Saris]