# United States Court of Appeals
## For the First Circuit

No. 21-1306

FRIEDRICH LU,

Plaintiff - Appellant,

v.

KEVIN DAVIS; TYLER OSTHOLTHOFF; GREGG TAYLOR; ABM JANITORIAL SERVICES NORTHEAST, INC.; IRWIN DRIGGS; SARAH ST. PIERRE; DAVID S. MACKEY; CHRISTINA MARSHALL; NINA L. PICKERING-COOK; ANDERSON & KREIGER LLP; STEPHANIE POLLACK; DOMINIC BLUE; RUTH BONSIGNORE; BRIAN LANG; DEAN MAZZARELLA; STEVE POFTAK; JOSEPH SULLIVAN; BETSY TAYLOR; REPRESENTATIVES AT CHARLIECARD SUPPORT SERVICES; MASSACHUSETTS STATE COURTS; MASSACHUSETTS BAY TRANSPORTATION AUTHORITY; SONYA SKINNER; FRANK DEPAOLA; LUIS MANUEL RAMIREZ; RALPH D. GANTS; MARK V. GREEN; PAULA M. CAREY,

Defendants - Appellees.

Before

Thompson, Kayatta and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: October 14, 2021

     We are in receipt of appellant's response to this court's July 2, 2021, show cause order. We conclude that the appeal is premature. Therefore, we lack appellate jurisdiction under 28 U.S.C. § 1291. See <u>Galvin</u> v. <u>U.S. Bank, N.A.</u>, 852 F.3d 146, 154 (1st Cir. 2017).

     <u>Appeal dismissed.</u> See 1st Cir. R. 27.0(c). The motion to substitute parties is denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Friedrich Lu
Amy B. Bratskeir
William P. McGovern Jr.
Christina S. Marshall
Ezra Daniels Dunkle-Polier
Phoebe Fischer-Groban