```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
FRIEDRICH LU                       )
                                   )
        Plaintiff,                 )
                                   )      Civil Action No.
        v.                         )      19-cv-11968-PBS
                                   )
                                   )
DOMINIC BLUE, RUTH BONSIGNORE,     )
BRIAN LANG, DEAN MAZZARELLA,       )
STEPHANIE POLLACK, JOSEPH          )
SULLIVAN, BETSY TAYLOR AND         )
GREG TAYLOR                        )
        Defendants.                )
_____)
```

ORDER OF DISMISSAL

SARIS, D.J.

Because the plaintiff has failed to file a return of service for defendants Dominic Blue, Ruth Bonsignore, Brian Lang, Dean Mazzarella, Stephanie Pollack, Joseph Sullivan, Betsy Taylor and Greg Taylor, and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.

SO ORDERED.

                                        ROBERT M. FARRELL,

                                        CLERK OF COURT

                                        / s / Clarilde Karasek
                                        Deputy Clerk

DATED: June 30, 2022